MOSES C. MIGEL et al., as Executors of SAMUEL A. TUSKA, Deceased, Respondents, *v.* HELLER, HIRSH. AND COMPANY, Appellant.

*Migel* v. *Heller*, *Hirsh & Co.*, 151 App. Div. 637, affirmed.
(Argued May 20, 1913; decided June 3, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 15, 1912, affirming a judgment in favor of plaintiffs entered upon a verdict in an action for money had and received.

*Nathan D. Stern* for appellant.

*Henry L. Scheuerman* and *Herbert R. Limburg* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, WILLARD BARTLETT, CHASE, CUDDEBACK, HOGAN and MILLER, JJ. Absent: CULLEN, Ch. J.